UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re LAWRENCE CARLTON SMITH,

Case No. 20-cv-03233-YGR (PR)

**ORDER OF TRANSFER**

This action was reassigned from a magistrate judge to the undersigned in light of a recent Ninth Circuit decision.[1] On May 12, 2020, Plaintiff, who is currently incarcerated at California State Prison – Los Angeles County ("CSP-LAC"), filed a letter with the Court in the instant matter, which was opened as a civil rights action. On July 6, 2020, Plaintiff filed more documents with the Court, and it seems that he is indicating that he wishes to file a civil rights action against prison officials at CSP-LAC, which is located in the Western Division of the Central District of California. It appears that Defendants would also reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Western Division of the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith. All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

Dated: August 10, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).